AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Robert Scurry, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:13-cv-02808-JFA-PJG |
| The Lutheran Homes of South Carolina Inc., doing business as Heritage at Lowman Lutheran Homes of SC, and The South Carolina Synod of the Evangelical Lutheran Church in America Incorporated, | ) ) ) ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Robert Scurry, shall take nothing of the defendant, The South Carolina Synod of the Evangelical Lutheran Church in America Incorporated, as to the claims for violation of civil rights - racial discrimination and violation of civil rights - gender/sex discrimination and those claims are dismissed with prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, having ruled on the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the first and third causes of action with prejudice.

Date:  April 30, 2015                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/Ginger Mills
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*